CAUSE NO. 74428

THE STATE OF TEXAS                    149th District Court
                                                            FILED IN
                                                            1st COURT OF APPEALS
vs                                           of              HOUSTON, TEXAS
ROBERT JAMES MARTIN, III       Brazoria County, Texas
                                                            8/28/2015 1:52:11 PM
AMENDED NOTICE OF ASSIGNMENT ON APPEAL CHRISTOPHER A. PRINE
Clerk

ON THE 7th day of August, 2015, the defendant in the above styled and numbered cause
excepted to the order of the Court in said cause and gave Notice of Appeal to the Court of
Appeals, First Judicial District.

Date of Judgment or Other Order Appealed From: 7/29/15

Date of Sentencing:   7/29/15

Name of Trial Court Judge:     Terri Holder

Name of Court Reporter:      Robin Rios

Name and Address of Defense Attorney on Appeal:
                              David Michael Ryan, (Appointed)
                              6161 Savoy Dr., Suite 1116
                              Houston, Texas 77036

Name and Address of Attorney for the State on Appeal:
                              Jeri Yenne, District Attorney
                              Brazoria County Courthouse
                              111 East Locust, Suite 408-A
                              Angleton, TX  77515

Defendant Incarcerated?       Yes

Motion for New Trial Filed?  **8/27/15**

Appeal Bond: No      Date  N/A

Offense and Punishment: EVADING ARREST; TEN (10) YEARS - TDCJ-ID

                              RHONDA BARCHAK, District Clerk

                              By /S/ Kathleen McDougald, Deputy

Appeal Notice of Assignment

CAUSE NO. 74428

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| vs. | § | OF BRAZORIA COUNTY, TEXAS |
| | § | |
| ROBERT MARTIN | § | 149TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

KENNETH P. MINGLEDORFF, Movant, files this Notice of Appeal in the above captioned matter.

ROBERT MARTIN, Defendant, files this his Notice of Appeal within 30 days of conviction of said cause.

Respectfully submitted,

KENNETH P. MINGLEDORFF, ATTORNEY
TBA 14176800
ken@mingledorfflaw.com
MINGLEDORFF LAW FIRM
430 Highway 6 S., Suite 215
Houston, Texas 77079
281-497-7180 telephone
281-497-4150 fax

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Motion was delivered by hand delivery and/or facsimile to the District Attorney of Brazoria County, Texas assigned to this case, on the 8th August, 2015.

KENNETH P. MINGLEDORFF

CAUSE NO. 74428, ~~74429, 74430~~

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 149th JUDICIAL DISTRICT |
| | § | |
| ROBERT JAMES MARTIN III | § | BRAZORIA COUNTY, TEXAS |

## DEFENDANT'S MOTION TO FOR NEW TRIAL
## AND MOTION IN ARREST OF JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ROBERT JAMES MARTIN III, defendant in the above-numbered causes, and files this motion for new trial and motion in arrest of judgment pursuant to Rule 21 and Rule 22 of the Texas Rules of Appellate Procedure, and in support of which would show the following:

1. Mr. Martin was sentenced on July 29, 2015. This motion, filed within thirty days, is therefore timely. A hearing must commence by the 75th day after sentencing or this motion is overruled by operation of law.

2. The verdict and sentence in this case are contrary to the law and the evidence (See Tex. R. App. P. 21.3).

3. The following facts outside of the record are also alleged (affidavit attached):

   a. That defense counsel advised the defendant to enter an open plea to the court when the defendant apparently would have been eligible for probation from a jury, and that defense counsel did not fully explain the consequences of this decision to Mr. Martin.

b. That defense counsel did not file an application for probation in the case so that the court could consider deferred adjudication probation.

c. That defense counsel failed to present an adequate defense to the court during the sentencing phase of the trial.

4. This court has the ability to grant a new trial in the interests of justice, as noted by the Texas Court of Criminal Appeals in *State v. Gonzalez*, 885 S.W.2d 692 (Tex.Crim.App. 1993).

For the foregoing reasons, and for any others that shall be adduced upon hearing of this motion, Mr. Martin respectfully requests that the court grant a new trial.

Respectfully submitted,

David M. Ryan
00786412
6161 Savoy Street
Houston, Texas 77036

ATTORNEY FOR
ROBERT JAMES MARTIN III

**CERTIFICATE OF SERVICE:**

I, the undersigned attorney and counsel for Defendant, do hereby certify that the foregoing instrument was served upon counsel for the State of Texas on this _____ day of _August 27_, 201_5_, by hand delivery, certified mail return receipt requested, or facsimile transmission, addressed as follows:

**Via Hand Delivery:**
Brazoria County District Attorney's Office

_____
David M. Ryan

MY NAME IS ROBERT JAMES MARTIN III.
MY DATE OF BIRTH IS 3-30-97 .
I AM AN INMATE AT THE BRAZORIA COUNTY
JAIL, S.O.# 16190. I AM AWAITING TRANSFER
TO T.D.C, I DECLARE UNDER PENALTY OF
PERJURY, THE STATEMENTS BELOW ARE TRUE
AND CORRECT.

I talked to my Attorney Mr. Mingledorff And
I Asked for Differed probation I Never singned
Any paperwork telling the judge that I was eligible
for Differed probation. He Never Ask me to
fill out any paperwork for differed probation to
my knowledge Mr. Mingledorff Never filed any
paperwork Asking for differed probation.

Robert Martin III.
8-27-15